**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **NO. 4:25-CR-00239-RWS** |
| | § | |
| | § | |
| | § | |
| **STEPHENIE ANN LAPOINTE (1)** | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The above-styled matter was referred to the Honorable J. Boone Baxter, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure.  Judge Baxter conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation (Docket No. 35).  Judge Baxter recommended that the Court accept Defendant's guilty plea and conditionally approve the plea agreement.  He further recommended that the Court finally adjudge Defendant as guilty of Count One of the Indictment.  Count One of the Indictment charges a violation of 18 U.S.C. § 922(a)(1)(A) and 2 - Engaging in the Business of Firearms without a License, Aiding and Abetting. The Court is of the opinion that the Report and Recommendation should be accepted. It is accordingly **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Docket No. 35) is **ADOPTED**. It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court. Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report. It is finally

ORDERED that, pursuant to the Defendant's plea agreement, the Court finds the Defendant **GUILTY** of Count One of the Indictment in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against the Defendant as to Count One of the Indictment.

So **ORDERED and SIGNED this 29th day of May, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE